UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

JAVIER SAENZDEVITERI,

                    Plaintiff,

-against-

FEDEX EXPRESS, FEDEX CORPORATION, FEDERAL EXPRESS CORPORATION.

                    Defendants.

Civil Action No.: CV10-2324
**AFFIDAVIT OF SERVICE**
Summons in a Civil Action and Complaint.

State of New York, County of KINGS    ss.:

SHAZAD KHAN being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen years and resides in South Ozone Park, New York.

That on MAY 27, 2010, at 01:30 p.m. at CT CORPORATION SYSTEM, 111 EIGHTH AVENUE, NEW YORK, NEW YORK 10011, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT, upon the defendant, FEDERAL EXPRESS CORPORATION, a foreign business corporation, by delivering thereat a true copy thereof to AIXA FLORES, a person of suitable age and discretion and who is authorized to accept service. CT Corporation System is the registered agent for defendant, FEDERAL EXPRESS CORPORATION.

Deponent describes the individual served as follows:

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | [x] White Skin | [x] Black Hair | ☐ 14-20 years | ☐ Under 5' | ☐ Under 100 lbs. |
| [x] Female | ☐ Black Skin | ☐ Brown Hair | ☐ 21-35 years | ☐ 5'0"-5'3" | [x] 100-130 lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ 36-50 years | [x] 5'4"-5'8" | ☐ 131-160 lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | [x] 51-65 years | ☐ 5'8"-6' | ☐ 161-200 lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 years | ☐ over 6' | ☐ over 200 lbs. |

Other identifying features:

 

_____
Shazad Khan
License No.: 1238502

Sworn to before me on this
28th day of MAY, 2010

_Christina J. Fama_
Notary Public

CHRISTINA J. FAMA
Notary Public, State of New York
No. 01FA6177654
Qualified in Kings County
Commission Expires Nov. 19, 2011