**VIA ECF**

October 28, 2011

Senior Judge Frederic Block
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Javier Saenzdeviteri v. FedEx Express; Case No.: CV-10-2324

Dear Judge Block:

      Pursuant to the Pre-Motion Conference held in the above referenced case on October 25, 2011 and the Minute Entry of the same date, Defendant hereby provides the Court with the briefing schedule for Defendant's Motion for Summary Judgment as agreed by the parties. The agreed schedule is as follows:

- Defendant's Motion for Summary Judgment: November 28, 2011
- Plaintiff's Response: January 6, 2012
- Defendant's Reply: January 23, 2012

      Sincerely,

      */s Ben J. Scott*
      Ben J. Scott, Esq. (Admitted *Pro Hac Vice*)
      Federal Express Corporation
      Senior Attorney - Litigation
      ben.scott@fedex.com

cc: Brian Thomas Carr, counsel for Plaintiff, via ECF

902681