Legal Department
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125
Telephone 901.434.8600



Tel: (901) 434-8375
Fax: (901) 434-9279

November 28, 2011

**Via FedEx Delivery**

Brian Carr, Esq.
Herzfeld & Rubin, P.C.
125 Broad Street, 13th Floor
New York, NY 10004          Tel: (212)471-8466

Re:  Javier Saenzdeviteri v. Federal Express Corporation
     U.S.D.C. for the Eastern District of New York (Brooklyn)
     Civil No. 10-cv-02324-FB-SMG
     FedEx Matter No. 60-12875

Mr. Carr:

Enclosed please find:

1. Defendant's Notice of Motion and Motion for Summary Judgment;
2. Defendant's Separate Statement of Undisputed Material Facts and exhibits thereto;
3. Declaration of Lydia Langbein; and
4. Memorandum in Support of Motion for Summary Judgment

Sincerely,

FEDERAL EXPRESS CORPORATION

Ben J. Scott, Senior Attorney
FedEx Express Litigation Department

BJS/fjp/#906947

Encls.

cc:  Howard L. Wexler, Esq. (via ECF, without enclosures)